# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MERRILL, LILA MERRILL )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>COUNTY OF MADERA, et al., )<br>)<br>Defendants. )<br>_____ ) | CV F 05-0195 AWI SMS<br><br>ORDER VACATING APRIL 25, 2005,<br>HEARING DATE AND TAKING<br>MOTIONS UNDER SUBMISSION |

Defendants' motions to dismiss for failure to state a claim, dismiss for lack of subject matter jurisdiction, and for a more definite statement has been set for hearing on April 25, 2005. The court has reviewed the moving papers, oppositions, reply, and relevant documents and has determined that these motions are suitable for decision without oral argument. Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 25, 2005 is VACATED, and the parties shall not appear at that time. As of April 25, 2005, the court will take these motions under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   April 20, 2005                          /s/ Anthony W. Ishii
0m8i78                                           UNITED STATES DISTRICT JUDGE