UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERNEST MERRILL, et al., | ) | 1:05-cv-00195-AWI-SMS |
| | ) | |
| Plaintiffs, | ) | ORDER VACATING HEARING ON |
| | ) | PLAINTIFFS' MOTION TO JOIN |
| v. | ) | PARTIES, PERMIT A SUPPLEMENTAL |
| | ) | PLEADING ALLEGING A COUNTERCLAIM, |
| COUNTY OF MADERA, et al., | ) | IMPLEAD THIRD PARTIES, AND FOR |
| | ) | MANDATORY JOINDER (DOCS. 18, 34) |
| Defendants. | ) | |
| _____ | ) | ORDER DEEMING MOTIONS SUBMITTED |
| COUNTY OF MADERA, | ) | TO THE COURT FOR DECISION |
| | ) | |
| Counter-Claimant, | ) | **Vacated hearing Date and Time**: |
| | ) | **November 4, 2005, at 9:30 a.m.** |
| v. | ) | |
| | ) | |
| ERNEST MERRILL, et al., | ) | |
| | ) | |
| Counter-Defendants. | ) | |
| | ) | |
| _____ | ) | |

On May 25, 2005, Plaintiffs filed motions to consolidate actions, join third parties, allow a supplemental pleading, allege a counterclaim, and for compulsory joinder. Third parties filed opposition. Defendant and Counter-claimant County of Madera neither filed opposition nor filed a notice of non-opposition.

Pursuant to Rule 78-230(h) of the Local Rules of Practice for the United States District Court, Eastern District of California, the Court finds that the Plaintiffs' motions are

1

matters that may appropriately be submitted upon the record and briefs, including the Plaintiffs' motion and supplement thereto, and third parties' opposition and supplemental opposition.

Accordingly, the hearing on the motion, presently set for November 4, 2005, IS VACATED, and the motion IS DEEMED SUBMITTED to the Court for decision.

IT IS SO ORDERED.

**Dated:   October 31, 2005**              /s/ Sandra M. Snyder
icido3                                           UNITED STATES MAGISTRATE JUDGE