Scott M. Harkless, # 224363
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:	(559) 433-1300
Facsimile:	(559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants
DUANE JONES, PIA BURROUGH-POND, and JOHN M. BURROUGH

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT

| | |
|---|---|
| ERNEST MERRILL, LILA MERRILL,, <br><br>Plaintiffs, <br><br>v. <br><br>COUNTY OF MADERA, ANGELA BASCH Individually and as an Employee of Madera County, MARK MEYERS Individually and as an Employee of Madera County, GARY GILBERT Individually and as an agent For Madera County, and DOE DEFENDANTS 1 TO 10, <br><br>Defendants. <br> COUNTY OF MADERA, <br><br>Counter-claimant, <br><br>v. <br><br>ERNEST MERRILL, LILA MERRILL, DREAM CATCHER RANCH, INC., a Nevada Corporation, LITTLE BUTTE CATTLE COMPANY, INC. a Nevada Corporation, DUANE JONES, PIA BURROUGH-POND, JOHN M. BURROUGH, GENE MEDFORD, ROSE MEDFORD, KRISTIN McFALL, HOFFMAN COMPANY, LLC., a California limited Company, and DOES 1-10, <br><br>Counter-defendants. | Case No. <br><br>**1:05-00195 AWI SMS** <br><br>**STIPULATION EXTENDING TIME BY WHICH COUNTER-DEFENDANTS DUANE JONES, PIA BURROUGH-POND AND JOHN M. BURROUGH MAY FILE A RESPONSIVE PLEADING** |

PDF created with pdfFactory trial version www.pdffactory.com

It is hereby stipulated between Counter-claimant, the COUNTY OF MADERA and Counter-defendants DUANE JONES, PIA BURROUGH-POND AND JOHN M. BURROUGH that said Counterdefendants have a 30 day extension by which they may file a responsive pleading to the COUNTY OF MADERA's counter claims in the above entitled matter.

Dated: October 31, 2005                McCORMICK, BARSTOW, SHEPPARD
                                        WAYTE & CARRUTH LLP


                                        By:_____/s/_____
                                           Scott M. Harkless
                                           Attorneys for Defendants
                                           DUANE JONES, PIA BURROUGH-
                                           POND, JOHN M. BURROUGH


Dated:  October 31, 2005               BEST BEST & KRIEGER LLP


                                        By:      /s/_____
                                           Dennis M. Cota
                                           Attorneys for Defendant and Counter
                                           Claimant, COUNTY OF MADERA


**ORDER**

IT IS HEREBY ORDERED that Counter-defendants DUANE JONES, PIA BURROUGH-POND, and JOHN M. BURROUGH are granted an extension of 30 days within which to file their responsive pleading in response to Counter-claimant COUNTY OF MADERA's Complaint in this matter.

Dated:  11/1/2005                      /s/ Sandra M. Snyder
                                       THE HONORABLE SANDRA M. SNYDER

99910/00199-881518.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST

PDF created with pdfFactory trial version www.pdffactory.com