1  Kenneth J. Jorgensen, Esq., #220887
   PASCUZZI, O'NEILL & MOORE
2  2377 W. Shaw Avenue, Suite 201
   Fresno, California 93711
3  Tel: (559) 227-1100
   Fax: (559) 227-1290
4

5  Attorneys for Defendants, DUANE JONES, PIA BURROUGH-POND, and
   JOHN M. BURROUGH
6

7

8                   UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT

10

11  ERNEST MERRILL, LILA MERRILL,  )    Case No. CIV. F-05-0195 SMS
                                   )
12          Plaintiffs,            )
                                   )
13      v                         )    **SUBSTITUTION OF ATTORNEY**
                                   )    **AND ORDER**
14  COUNTY OF MADERA, ANGELA       )
    BASCH, individually and as an  )
15  employee of Madera County, GARY )
    GILBERT, individually and as an agent )
16  of Madera County, and DOE      )
    DEFENDANTS 1 TO 10,            )
17                                 )
            Defendants.            )
18  _____ )
    COUNTY OF MADERA,              )
19                                 )
            Counter-Claimant,      )
20      v                         )
                                   )
21  ERNEST MERRILL, LILA MERRILL,  )
    DREAM CATCHER RANCH, INC., a   )
22  Nevada corporation, LITTLE BUTTER )
    CATTLE COMPANY, INC., a Nevada )
23  corporation, DUANE JONES, PIA  )
    BURROUGH-POND, JOHN M.         )
24  BURROUGH, GENE MEDFORD,        )
    ROSE MEDFORD, KIRSTIN          )
25  McFALL, HOFFMAN COMPANY,       )
    LLC, a California Limited Liability )
26  Company, and DOES 1 to 10,     )
                                   )
27          Counter-Defendants.    )
    _____ )
28

THE COURT AND ALL PARTIES ARE NOTIFIED THAT: PIA BURROUGH-POND, DUANE JONES and  JOHN M. BURROUGH makes the following substitution:

      1.     **Former legal representative:** Scott M. Harkless, Esq.

      2.     **New legal representative:** Kenneth J. Jorgensen, Esq., #220887

PASCUZZI, O'NEILL & MOORE
2377 W. Shaw Avenue, Suite 201
Fresno, California 93711
Tel: (559) 227-1100

      3.     The party making this substitution is a: Counter-Defendant.

      4.     I consent to this substitution.
Date: 12/21/05

Pia Burrough-Pond        /s/ Pia Burrough-Pond

Duane Jones        /s/ Duane Jones

John M. Burrough        /s/ John M. Burrough

      5.     I consent to this substitution.
Date: 12/21/05

Scott M. Harkless, Esq.        /s/ Scott M. Harkless

      6.     I accept this substitution.
Date: 12/21/05

Kenneth J. Jorgensen, Esq.        /s/ Kenneth J. Jorgensen

IT IS SO ORDERED.

**Dated:   January 6, 2006**        **/s/ Sandra M. Snyder**
icido3        UNITED STATES MAGISTRATE JUDGE