Marlene Sanborn, Esq. (#196875)
**SANBORN LAW**
4600 Northgate Blvd., Suite 205
Sacramento, California 95834
Telephone: (916) 641-2200
Facsimile: (916) 304-0777
Email: Marlene@SanbornLaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MERRILL, LILA MERRILL,<br><br>            Plaintiffs,<br>       v.<br><br>COUNTY OF MADERA, ANGELA BASCH, Individually and as an Employee of Madera County, MARK MEYERS, Individually and as an Employee of Madera County, GARY GILBERT, Individually and as an agent for Madera County, and DOE DEFENDANTS 1 TO 10,<br><br>            Defendants. | Case No.  F-05-0195 AWI SMS<br><br>STIPULATED SUBSTITUTION OF ATTORNEY AND ORDER |
| COUNTY OF MADERA,<br><br>            Counter-Claimant,<br>       v.<br><br>ERNEST MERRILL, LILA MERRILL, DREAM CATCHER RANCH, INC., a Nevada Corporation, LITTLE BUTTE CATTLE COMPANY, a Nevada Corporation, DUANE JONES, PIA BURROUGH-POND, JOHN M. BURROUGH, GENE MEDFORD, ROSE MEDFORD, KIRSTIN McFALL, HOFFMANN COMPANY, LLC, a California Limited Liability Company, and DOES 1-10,<br><br>            Counter-Defendants. | |

THE COURT AND ALL PARTIES ARE HEREBY NOTIFIED THAT: Counter-Defendant, Hoffmann Company, LLC makes the following substitution:

1) Former Legal Representative:
David A. Rishwain, Esq.
Rishwian & Rishwian
2800 W. March Lane, Suite 220
Stockton, CA 95219

2) New Legal Representative:

Marlene Sanborn, Esq.
Sanborn Law
4600 Northgate Blvd., Suite 205
Sacramento, CA 95834
Telephone: (916) 641-2200
Facsimile: (916) 304-0777
Email: Marlene@SanbornLaw.com

3) The party making this substitution is a Counter-Defendant.

4) I consent to this substitution:
Date: May 3, 2006

HOFFMANN COMPANY, LLC        ____/s/ Robert Hoffmann_____
                             By: Robert Hoffmann, Member

5) I consent to this substitution:
Date: May 3, 2006

Rishwain & Rishwain          ____/s/ David A. Rishwain_____
                             By: David A. Rishwain

6) I accept this substitution:
Date: May 3, 2006

Sanborn Law                  ___/s/ Marlene Sanborn_____
                             By: Marlene Sanborn

IT IS SO ORDERED.

**Dated:   May 19, 2006**            **/s/ Anthony W. Ishii**
0m8i78                       UNITED STATES DISTRICT JUDGE

---

STIPULATED SUBSTITUTION OF ATTORNEY AND PROPOSED ORDER                2