DENNIS M. COTA, Bar No. 127992
DEREK P. COLE, Bar No. 204250
LINDSAY N. STEVENS, Bar No. 238227
BEST BEST & KRIEGER LLP
400 Capitol Mall, Suite 1650
Sacramento, California 95814
Telephone:   (916) 325-4000
Telecopier:   (916) 325-4010

Attorneys for Defendants
County of Madera, Angela Basch,
Mark Meyers and Gary Gilbert

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ERNEST MERRILL, LILA MERRILL,<br><br>          Plaintiffs,<br><br>   v.<br><br>COUNTY OF MADERA, ANGELA BASCH Individually and as an Employee of Madera County, MARK MEYERS Individually and as an Employee of Madera County, GARY GILBERT Individually and as an agent for Madera County, and DOE DEFENDANTS 1 TO 10,<br><br>          Defendants. | Case No. 1:05-cv-00195 AWI SMS<br>Honorable Anthony W. Ishii<br><br>STIPULATION TO MODIFY SCHEDULING CONFERENCE ORDER TO EXTEND DISCOVERY CUTOFF AND MOTION DEADLINES;<br><br>**ORDER** |
| COUNTY OF MADERA,<br><br>          Counter-Claimant,<br><br>   v.<br><br>ERNEST MERRILL, LILA MERRILL, DREAM CATCHER RANCH, INC., a Nevada Corporation, LITTLE BUTTE CATTLE COMPANY, INC., a Nevada Corporation, DUANE JONES, PIA BURROUGH-POND, JOHN M. BURROUGH, GENE MEDFORD, ROSE MEDFORD, KRISTIN McFALL, HOFFMAN RANCH, LLC., a California limited liability Company, and DOES 1-10,<br><br>          Counter-Defendants. | |

## STIPULATION AND [PROPOSED] ORDER

Plaintiffs, Ernest and Lila Merrill; Defendants County of Madera, Mark Meyers, Gary Gilbert, and Angela Basch; and Counter Defendants Duane Jones, Pia Burrough-Pond, John M. Burrough, Gene Medford, Rose Medford, and Kristin McFall (collectively, "parties"), stipulate as follows:

WHEREAS, the Court entered a Scheduling Conference Order on July 6, 2006 that established (1) a non-expert discovery cutoff of October 30, 2006; (2) a deadline for non-dispositive motions of November 15, 2006; and (3) a deadline for dispositive motions of November 17, 2006;

WHEREAS the parties have worked cooperatively in exchanging written discovery and scheduling and conducting several depositions prior to filing this stipulation;

WHEREAS depositions are currently scheduled on the days remaining prior to the discovery cutoff on which counsel are available;

WHEREAS the parties intend to take at least three depositions of witnesses whose availability has not yet been confirmed and who would not likely be able to appear prior to the discovery cutoff;

WHEREAS to allow the parties to complete the depositions of these and any additional desired witnesses, the parties seek a brief, approximately three-week continuance of the discovery cutoff;

WHEREAS if such an extension were permitted, the parties would also seek an approximately two-week extension of the deadlines for filing dispositive and non-dispositive motions; and

WHEREAS the parties do not seek, nor believe it is necessary, to continue the trial date (set for April 3, 2007) or any of the other deadlines set forth in the Scheduling Conference Order.

PDF created with pdfFactory trial version www.pdffactory.com

In light of the foregoing, the parties stipulate as follows:

1. The discovery cut-off in this action is continued from October 30, 2006 to November 22, 2006;

2. The deadline for filing non-dispositive motions is continued from November 15, 2006 to November 29, 2006;

3. The deadline for filing dispositive motions is continued from November 17, 2006 to December 1, 2006;

4. All other deadlines and dates set forth in the Scheduling Conference Order, including the April 3, 2007 trial date, shall remain the same.

Dated: October __19__, 2006        LAW OFFICES OF LAYNE HAYDEN

By: /S/ Scott Lyons
Layne Hayden
Scott Lyons
Attorneys for Plaintiffs and Cross-Defendants
Ernest and Lila Merrill, Dream Catcher Ranch, Inc., and Little Butte Cattle Company, Inc.

Dated: October __20__, 2006        BEST BEST & KRIEGER LLP

By: /S/ Derek Cole
Dennis M. Cota
Derek P. Cole
Lindsay N. Stevens
Attorneys for Defendants and Cross Claimant, County of Madera, Gary Gilbert, and Angela Basch

Dated: October __20_, 2006     NUTTING & JORGENSEN LLP


By: /S/ Kenneth Jorgenson
    Kenneth Jorgenson
    Attorneys for Counter Defendants Duane
    Jones, Pia Burrough-Pond, and John
    Burrough


Dated: October __19__, 2006    LAW OFFICE OF RICHARD ARCHBOLD


By: /S/ Richard Archbold
    Richard Archbold
    Attorneys for Counter Defendants Gene
    Medford, Rose Medford, and Kristin
    McFall,


**ORDER**

IT IS SO ORDERED.


Dated:   10/23/2006              /s/ Sandra M. Snyder

                                 United States Magistrate Judge

PDF created with pdfFactory trial version www.pdffactory.com