IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MERRILL, LILA MERRILL,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF MADERA, et al.,<br><br>    Defendants. | CV F 05-0195 AWI SMS<br><br>ORDER MOVING PRETRIAL CONFERENCE FROM FEBRUARY 16, 2007 TO MARCH 2, 2007 |

This action is set for trial on April 3, 2007. Defendant's motion for summary judgment is pending before the court. The court finds that the court needs additional time to issue the court's order on the motion for summary judgment and the parties will need time to consider this order prior to any pretrial conference.

Accordingly, the court orders that:

    1.    The February 16, 2007 pretrial conference is VACATED; and

    2.    The pretrial conference will be conducted on March 2, 2007 at 8:30 a.m.

IT IS SO ORDERED.

**Dated:**   **February 8, 2007**          /s/ Anthony W. Ishii
0m8i78                                        UNITED STATES DISTRICT JUDGE