1  DENNIS M. COTA, Bar No. 127992
   DEREK P. COLE, Bar No. 204250
2  SCOTT E. HUBER, Bar No.
   COTA DUNCAN & COLE
3  2241 Douglas Boulevard, Suite 250
   Roseville, CA  95661
4  Telephone:    (916) 780-9009
   Facsimile:    (916) 780-9050
5
   Attorneys for Defendants
6  County of Madera, Angela Basch,
   Mark Meyers and Gary Gilbert
7

8
                 UNITED STATES DISTRICT COURT
9
              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
                          FRESNO DIVISION
11

| | |
|---|---|
| ERNEST MERRILL, LILA MERRILL, | Case No. CIV F-05-0195 AWI SMS |
| Plaintiffs, | STIPULATION AND PROPOSED ORDER |
| v. | |
| COUNTY OF MADERA AN ENTITY UNKNOWN, ANGELA BASCH INDIVIDUALLY AND AS AN EMPLOYEE OF MADERA COUNTY, MARK MEYERS INDIVIDUALLY AND AS AN EMPLOYEE OF MADERA COUNTY, GARY GILBERT INDIVIDUALLY AND AS AN AGENT FOR MADERA COUNTY AND DOE DEFENDANTS 1 TO 10, | Trial Date:    April 3, 2007 |
| Defendants. | |

1  STIPULATION AND PROPOSED ORDER

2

3      Through their respective counsel, Plaintiffs, Ernest and Lila Merrill (collectively,

4 "Merrill"); Defendants, County of Madera, Angela Basch, Gary Gilbert, and Mark Meyers

5 (collectively, "County"); and Counter-Defendants Duane Jones, Pia Burrough-Pond, John

6 Burrough, Rose Medford, and Kristin McFall (collectively, "Purchaser Defendants"), who

7 collectively are referred to as the "Settling Parties," stipulate as follows:

8    1.    In this action, the County has asserted counter-claims against Merrill and cross-

9 claims against the Purchaser Defendants for (1) County Code violations, (2) public nuisance,

10 (3) illegal subdivisions, and (4) declaratory relief.

11    2.    The County agrees to dismiss all the counter-claims and cross-claims with

12 prejudice. Per Federal Rule of Civil Procedure 41(a)(1)(ii), the County accordingly requests that

13 the Court order the dismissal.

14    3.    In agreeing to dismissal of all cross-claims and counter-claims, no Settling Party

15 makes any admission as to the merit of those claims. No evidence regarding the dismissal of the

16 claims shall be offered for or against any Settling Party at trial. Further, per Federal Rule of

17 Evidence 408, this Agreement, and all discussions and correspondence leading to the Agreement,

18 shall not be admissible as evidence for or against any Settling Party.

19    4.    Each Settling Party shall bear its own attorneys' fees and expenses as to the

20 counter-claims and cross-claims.

21

22 Dated: March 31, 2007            LAW OFFICE OF LAYNE HAYDEN

23
                                    By: /s/ Layne E. Hayden
24                                      Layne E. Hayden
                                      Scott Lyons
25                                      Attorneys for Plaintiffs
                                      Ernest Merrill and Lila Merrill
26

27

28

1 | Dated: March 19, 2007 | COTA DUNCAN & COLE

By: /s/ Dennis M. Cota
Dennis M. Cota
Derek P. Cole
Attorneys for Defendants
County of Madera, Angela Basch, Gary
Gilbert, and Mark Meyers

Dated: March 14, 2007 | LAW OFFICE OF RICHARD ARCHBOLD

By: /s/ Richard M. Archbold
Richard M. Archbold
Attorney for Cross-Defendants
Rose Medford and Kristin McFall

Dated: March 22, 2007 | NUTTING AND JORGENSEN

By: /s/ Kenneth Jorgensen
Kenneth Jorgensen
Attorney for Cross-Defendants
Duane Jones, Pia Burrough-Pond, and
John Burrough

## ORDER

Based on the above stipulation of all parties to this action, the Court directs the Clerk to dismiss all the County's counterclaims against Plaintiffs, Ernest and Lila Merrill, and all the County's cross-claims against Counter-Defendants Rose Medford, Kristin McFall, Duane Jones, Pia Burrough-Pond, and John Burrough.

IT IS SO ORDERED.

**Dated:   April 21, 2007**           **/s/ Anthony W. Ishii**
UNITED STATES DISTRICT JUDGE